UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>    Plaintiff,<br><br>v.<br><br>VICTOR RAMOS NUNES, et al.,<br><br>    Defendants. | No. 2:19-cv-1568 DB<br><br><br>ORDER |

Each of the parties in the above-captioned case has consented to proceed before a United States Magistrate Judge. See U.S.C. § 636(c). Accordingly, this matter has been reassigned to the undersigned for all purposes. (ECF No. 14.)

On December 17, 2019, the undersigned issued an order setting this matter for a status conference on February 7, 2020. (ECF No. 15.) Pursuant to that order plaintiff was to file a status report on or before January 24, 2020. Plaintiff, however, has failed to file a status report.

The failure of a party to comply with the Local Rules or any order of the court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 110. Failure to comply with applicable rules and law may be grounds for dismissal or any other sanction appropriate under the Local Rules. Id.

////

1

1 In the interests of justice the court will provide plaintiff with an opportunity to show good cause for plaintiff's conduct along with a final opportunity to comply with the December 17, 2019 order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff show cause in writing within fourteen days of the date of this order as to why this case should not be dismissed for lack of prosecution[1];

2. The February 7, 2020 status conference is continued to **Friday, February 21, 2020, at 10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

3. On or before **February 7, 2020**, plaintiff shall file a status report;

4. On or before **February 14, 2020**, defendant shall file a status report; and

5. Plaintiff is cautioned that the failure to timely comply with this order may result in this case being dismissed.

DATED: January 29, 2020 /s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

---

[1] Alternatively, if plaintiff no longer wishes to pursue this civil action, plaintiff may comply with this order by filing a request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.